**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KIB BUTTLER SOUTHERS,**

    **Plaintiff,**

v.                                                  Case No.  8:05-cv-1599-T-30EAJ

**HILLSBOROUGH COUNTY JAIL,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Power of Magistrate Judge to Entertain for Prisoner's Complaint Federal Rules of Civil Procedure 1.3 under 28 U.S.C. §636(c) Authorization (Dkt. 15), which this Court will construe as a Motion for Reconsideration.  In reviewing said Motion and the exhibits to the same, it appears Plaintiff, in addition to realleging issues previously dismissed by this Court, is asserting new allegations.  Allegations concerning new issues would require the filing of a new lawsuit and payment of the appropriate filing fees.

It is thereby ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Power of Magistrate Judge to Entertain for Prisoner's Complaint Federal Rules of Civil Procedure 1.3 under 28 U.S.C. §636(c) Authorization (Dkt. 15) is **DENIED**.

2. All pending motions are hereby denied as moot.

3.   The Clerk is instructed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 6, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1599 Prisoner CR Case - Motion for Reconsideration.frm