**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KIB BUTLER SOUTHERS,

    Plaintiff,

-vs-                                  Case No.  8:05-cv-1599-T-30EAJ

HILLSBOROUGH COUNTY JAIL,

    Defendant .
_____/

## ORDER

Before the Court is Plaintiff's Motion for Rehearing and for an Extension of Time/Enlargement of Time and to Object to the Ruling Dated 4-06-06 Rule 1(a) Inmate (Dkt. 17).  This case was dismissed for failure to exhaust pursuant to 42 U.S.C. § 1997e(a). Plaintiff fails to raise any new factual or legal issues warranting reconsideration of this matter. The case stands closed.

Plaintiff continues to assert new allegations against individuals/entities that were not named as a party to this lawsuit.  To initiate a new cause of action, Plaintiff must file a **new** civil rights complaint and pay the filing fee and costs.

**ACCORDINGLY**, the Court **ORDERS** that:

1. Plaintiff's Motion for Rehearing and for an Extension of Time/Enlargement of Time and to Object to the Ruling Dated 4-06-06 Rule 1(a) Inmate (Dkt. 17) is **DENIED**.

    2.    The **Clerk** shall enclose a copy of the court-approved Civil Rights Complaint form with Plaintiff's copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2006.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
*Pro se* Plaintiff

SA:jsh